DOROTHY ADLER, Respondent, *v.* JOSEPHINE E. PATER, as Executrix of KATHERINE M. ESCHLER, Appellant.

Submitted April 2, 1951; decided April 12, 1951.

*George Kent Weldon* and *Michael J. Pecora* for motion.
*Max Berey* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.

MOLLIE EAGLE, Appellant, *v.* BENJAMIN CHERNEY et al., Respondents.

Submitted April 2, 1951; decided April 12, 1951.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 818.]